Jeremy S. Golden (SBN 228007)
Golden & Cardona-Loya, LLP
3130 Bonita Road, Suite 200B
Chula Vista, CA 91910
jeremy@goldencardona.com
Phone: 619-476-0030; Fax: 775-743-0307
Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIUS EBALO, an individual, and RAQUEL EBALO, an individual,<br><br>Plaintiffs<br><br>v.<br><br>ALTERNATIVE RECOVERY MANAGEMENT; and DOES 1 through 10 inclusive,<br><br>Defendants. | Case No.: 3:13-cv-02119-W-RBB<br><br>**Notice of Dismissal With Prejudice** |

Please take notice that Plaintiffs hereby dismiss this action with prejudice.

Date:  January 8, 2014

                                     _s/ Jeremy S. Golden_
                                     Jeremy S. Golden,
                                     Attorney for Plaintiffs